FILED
CLERK U.S. DISTRICT COURT

AUG 10 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVIN JESSIE WALKER,            )      NO. CV 09-1322-GAF(E)
                                )
          Petitioner,           )
                                )
     v.                         )      JUDGMENT
                                )
LINDA SANDERS, Warden,          )
                                )
          Respondent.           )
_____)

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice as moot.

          DATED:  _____8/7_____, 2009.

                              _____
                                    GARY A. FEESS
                              UNITED STATES DISTRICT JUDGE